**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

DEMOND ISACC PURVIS #350982          CASE NO.  3:25-CV-01764 SEC P

VERSUS                               JUDGE TERRY A. DOUGHTY

WILLIAM BENNETT ET AL                MAG. JUDGE KAYLA D. MCCLUSKY

**JUDGMENT**

Upon considering the Report and Recommendation of the Magistrate Judge [Doc. No. 20], noting no written and filed objections thereto, and after an independent review of the record, agreeing with the Magistrate Judge's findings of fact and conclusions of law,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Plaintiff, Demond Isacc Purvis's claims are **DISMISSED WITH PREJUDICE** as legally frivolous and for failing to state claims on which relief may be granted.

MONROE, LOUISIANA, this 28th day of May 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE