## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

**DEMOND ISACC PURVIS #350982**   **CASE NO.  3:25-CV-01764 SEC P**

**VERSUS**   **JUDGE TERRY A. DOUGHTY**

**WILLIAM BENNETT ET AL**   **MAG. JUDGE KAYLA D. MCCLUSKY**

### JUDGMENT

Upon considering the Report and Recommendation of the Magistrate Judge [Doc. No. 20], noting no written and filed objections thereto, and after an independent review of the record, agreeing with the Magistrate Judge's findings of fact and conclusions of law,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Plaintiff, Demond Isacc Purvis's claims are **DISMISSED WITH PREJUDICE** as legally frivolous and for failing to state claims on which relief may be granted.

MONROE, LOUISIANA, this 23rd day of June 2026.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE